UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ROBERT C. MOORE, | ) |
| Plaintiff, | ) |
| v. | ) No. EP03CA0022-PRM |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

COME NOW Defendant United States Environmental Protection Agency and Plaintiff ROBERT C. MOORE, by and through their respective counsel, and subject to the approval of the Court, stipulate as follows:

1. All claims presented by the Plaintiff's Complaint shall be dismissed with prejudice as to the United States Environmental Protection Agency pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. All parties shall pay their own costs.

SIGNED and ENTERED this the 4th day of August, 2003.

SO ORDERED:

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE